UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-315-MOC

| | |
|---|---|
| TANNA PHIPPS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $28,611.25. (Doc No. 19). Having considered the Motion (Doc. No. 19) and its representation that the Commissioner does not oppose it, the Court finds that the requested amount is reasonable and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $28,611.25, and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

Signed: October 17, 2022

Max O. Cogburn Jr
United States District Judge

1